IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00403-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  YEWCHOO NG,

    Defendant

---

### PRELIMINARY ORDER OF FORFEITURE
---

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture.  The Court having read said Motion and being fully advised in the premises finds:

The United States and defendant Yewchoo Ng entered into a  Plea Agreement and Statement of Facts Relevant to Sentencing which provides a factual basis and cause to issue a forfeiture order under 18 U.S.C. §981(a)(1)(C), 28 U.S.C. §2461(C), and Rule 32.2 of the Federal Rules of Criminal Procedure;

THAT prior to the disposition of the assets, the United States Postal Service, or its designated sub-custodian, is required to seize the forfeited property and provide notice to any third parties pursuant to 21 U.S.C. §853(n).

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT defendant's interest in the following:

    a. $1,186.00 in United States Currency seized from Yewchoo Ng on September 23, 2008;

b. $23,356.63 in United States Currency seized from First National Bank on September 24, 2008; and

c. $453.79 in United States Currency seized from First National Bank on September 24, 2008

is forfeited to the United States in accordance with 18 U.S.C. § 981(a)(1)(C) and.28 U.S.C. §2461(C).

THAT the United States Postal Service, or its designated sub-custodian, is directed to seize the property subject to forfeiture, and further to make your return as provided by law;

THAT the United States Attorney's Office, shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. §853(n) on an official internet government site for at least 30 consecutive days, and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. §981(a)(1)(C), 28 U.S.C. §2461(C), and Rule 32.2 of the Federal Rules of Criminal Procedure , in which all interests will be addressed.

SO ORDERED this 8th day of June, 2009.

BY THE COURT:

*S/John L. Kane*
JOHN L. KANE
United States District Court Judge