IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00403-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. YEWCHOO NG,

    Defendant

---

## FINAL ORDER OF FORFEITURE

---

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture for the following property:

    a. $1,816.00 in United States Currency seized from Yewchoo Ng on September 23, 2008;

    b. $23,356.63 in United States Currency seized from First National Bank on September 24, 2008; and

    c. 453.79 in United States Currency seized from First National Bank on September 24, 2008.

The Court having read said Motion and being fully advised in the premises finds:

THAT the United States commenced this action pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure;

THAT a Preliminary Order of Forfeiture was entered on June 8, 2009, (Docket #51);

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n);

THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure;

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure, free from the claims of any other party:

    a. $1,816.00 in United States Currency seized from Yewchoo Ng,

    b. $23,356.63 in United States Currency seized from First National, and

    c. 453.79 in United States Currency seized from First National Bank,

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

SO ORDERED this 1st day of July, 2010.

BY THE COURT:

*s/John L. Kane*_____
JOHN L. KANE
United States District Court Judge